# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Gregory Kendall Peeden            Docket No. 5:06-CR-173-1BO

### Petition for Action on Supervised Release

COMES NOW Billy W. Boggs, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Gregory Kendall Peeden, who, upon an earlier plea of guilty to Armed Bank Robbery, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 9, 2007, to the custody of the Bureau of Prisons for a term of 63 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court.

Gregory Kendall Peeden will be released from custody on December 17, 2010, at which time the term of supervised release will commence.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is currently housed at Cavalcorp Residential Reentry Center in Raleigh, North Carolina. He is not employed, has no financial resources, and does not have a suitable residence plan. It is recommended that the conditions of supervision be modified to allow continued placement in the Residential Reentry Center for a period up to 120 days. The defendant has requested this modification and signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of up 120 days as arranged by the probation office and shall abide by the conditions of that program during said placement. After establishing a suitable residence and employment, the defendant may be discharged with approval of the probation officer.

Gregory Kendall Peeden
Docket No. 5:06-CR-173-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Jeffery L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Billy W. Boggs, Jr.
Billy W. Boggs, Jr.
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8660
Executed On: November 23, 2010

### ORDER OF COURT

Considered and ordered this 27 day of November, 2010, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge