# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Gregory Kendall Peeden            Docket No. 5:06-CR-173-1BO

### Petition for Action on Supervised Release

COMES NOW Billy W. Boggs, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Gregory Kendall Peeden, who, upon an earlier plea of guilty to Armed Bank Robbery, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 9, 2007, to the custody of the Bureau of Prisons for a term of 63 months. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court.

On November 27, 2010, with the defendant's consent, the conditions of supervision were modified to include the following special condition:

1. The defendant shall undergo placement in a residential reentry center for a period of up to 120 days as arranged by the probation office and shall abide by the conditions of that program during said placement. After establishing a suitable residence and employment, the defendant may be discharged with the approval of the probation officer.

Gregory Kendall Peeden was released from custody on December 17, 2010, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has a history of substance abuse and requires mental health treatment. It is recommended that the court modify the judgment to include special conditions providing for substance abuse and mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Gregory Kendall Peeden
Docket No. 5:06-CR-173-1BO
Petition For Action
Page 2

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Billy W. Boggs, Jr.
Billy W. Boggs, Jr.
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8660
Executed On: December 29, 2010

## ORDER OF COURT

Considered and ordered this ___ day of _____, 2010, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge